**FILED**

10/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0341

IN THE SUPREME COURT OF THE STATE OF MONTANA,
Supreme Court Cause No. DA 21-341

| | | |
|---|---|---|
| NUGGETT CARMALT, | ) | |
| | ) | ORDER GRANTING MOTION FOR |
| Petitioner and Appellant, | ) | EXTENSION OF TIME |
| vs. | ) | |
| | ) | |
| FLATHEAD COUNTY, | ) | |
| | ) | |
| Respondent and Appellee. | ) | |

Upon consideration of Appellee's motion for a 30-day extension of time,

and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time up

to and including December 17, 2021 in which to file its answer brief.

DATED this ____ day of October 2021.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 29 2021